747 A.2d 779

IN THE MATTER OF ANDREW P. VECCHIONE,
AN ATTORNEY AT LAW.

March 20, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANDREW P. VECCHIONE** of **SPRING LAKE,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of six months effective August 11, 1999, by Order of this Court dated July 16, 1999, be restored to the practice of law, effective immediately.